AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

for the
Eastern District of Arkansas

AUG 2 3 2024

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

reg # 31557-509

~~Bray~~ Bradyn Ackerson
Plaintiff/Petitioner

v.

1. warden, C Garret J.
2. HSS C. Nichols
Defendant/Respondent

)
)
)
)
)
)
)

Civil Action No.

2:24-cv-00157-BSM-ERE

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _Forrest City_ F.C.I. - Medium, P.O. Box 3000 Forrest City Ar. 72336 If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

By the B.o.P. recycling crew.

My gross pay or wages are:  $ ___5.00___ , and my take-home pay or wages are:  $ ___5.00___ per
(specify pay period) month

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes      ☒ No
(b) Rent payments, interest, or dividends               ☐ Yes      ☒ No
(c) Pension, annuity, or life insurance payments        ☐ Yes      ☒ No
(d) Disability, or worker's compensation payments       ☐ Yes      ☐ No
(e) Gifts, or inheritances                              ☐ Yes      ☐ No
(f) Any other sources                                   ☐ Yes      ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Money from my mother sometimes fifty dollars every two weeks.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 ⁰⁰_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:



6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:



8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:



*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __20ᵗʰ August 2024__          _____Brady Ackerson_____
                                              *Applicant's signature*

                                          _____Brady N Ackerson_____
                                              *Printed name*

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: _Bradyn Ackerson_

ADC NUMBER: _Federal reg number # 31557-509_

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

Total deposits for last six (6) months: $ _361.02_

Average monthly deposit (total deposits divided by 6): $ _____

Total balances for last six (6) months: $ _361.02_

Average monthly balance:                                                    $ _____
(Total balances divided by 6)

Current account balance: $ _99.71_

Initial payment of filing fee as of _N/A_ : $ _N/A_

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _20th August 2024_   AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$605.00 FOR AN APPEAL)

## CERTIFICATE
### (Prisoner Accounts Only)
### (To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ _99.71_ on account to his/her

credit at the _Forrest city FCI medium_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _Is accurate and correct._

I further certify that during the past six months the applicant's average balance was

$ _361.02_ , _three hundred sixty one, two cents_

_20th August 2024_
_____
Date

_____
Signature of Authorized Officer of Institution

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the

Bradyn Ackerson.                     )
_____Plaintiff/Petitioner_____ )
1. warden. C.Garrett    v.  3. H.S.D  C.Hansen  )     Civil Action No. _____
2. Health service Secretary  C. Nichols      )
_____Defendant/Respondent_____ )
                                     )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Bradyn Ackerson_          Date: _21st of August 2024_

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 134.00 | $ | $ 5.00 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | N/A | | $ |
| Public-assistance (such as welfare) | $ | | | $ |
| Other (specify): recyclin crew | $ | $ | $ | $ |
| Total monthly income: | $ 5.00 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unicor | P.O. Box 3000 Forrest City Ark, 72336 F.C.I medium | 3-1-23 to 9-15-23 | $ 4/00 or |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | N/A | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | N/A | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

*(N/A written across Motor vehicle section)*

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

*(N/A written across Amount owed to you column)*

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

*(N/A written across the table)*

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| *I Am incsrcersted:* | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?  ☐ Yes  ☐ No<br>    Is property insurance included?  ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|    Motor vehicle: | $ | $ |
|    Credit card *(name):* | $ | $ |
|    Department store *(name):* | $ | $ |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
|---|---|---|
| Other *(specify)*: N/A | $ | $ |
| Total monthly expenses: | $        0.00 | $        0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

      ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes    ☒ No

      If yes, how much?    $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.

      Incsrcersted without use of my Left Hand Becsuse of this incident. ...

12.   Identify the city and state of your legal residence.

      Missouri Joplin

      Your daytime phone number:    N/A

      Your age:  3 1    Your years of schooling:    11th grsde

# All Transactions

| Inmate Reg #: | 31557509 | Current Institution: | Forrest City - FCC |
|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | Housing Unit: | FOM-C-D |
| Report Date: | 02/16/2024 | Living Quarters: | C04-207L |
| Report Time: | 10:28:25 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/11/2024 8:03:24 PM | BP 199 Request | ($25.00) | 2238 | | |
| 2/8/2024 12:24:42 PM | Sales - Fingerprint | $0.00 | 55 | | $42.79 |
| 2/7/2024 10:07:00 AM | Western Union | $40.00 | 33324038 | | $42.79 |
| 1/11/2024 9:19:02 AM | Sales - Fingerprint | ($46.00) | 28 | | $2.79 |
| 1/10/2024 4:06:22 PM | Western Union | $25.00 | 33324010 | | $48.79 |
| 1/5/2024 5:02:51 PM | TRUL Withdrawal | ($2.00) | TL0105 | | $23.79 |
| 1/4/2024 6:08:25 AM | Western Union | $25.00 | 33324004 | | $25.79 |
| 12/27/2023 8:26:41 AM | Sales - Fingerprint | ($14.90) | 42 | | $0.79 |
| 12/19/2023 9:09:12 AM | Sales - Fingerprint | ($18.95) | 33 | | $15.69 |
| 12/18/2023 12:07:07 PM | Western Union | $25.00 | 33323352 | | $34.64 |
| 12/12/2023 9:50:37 AM | Sales - Fingerprint | ($28.05) | 60 | | $9.64 |
| 12/11/2023 4:06:45 PM | Western Union | $30.00 | 33323345 | | $37.69 |
| 12/5/2023 12:37:12 PM | Sales - Fingerprint | ($18.00) | 81 | | $7.69 |
| 12/5/2023 10:06:58 AM | Western Union | $25.00 | 33323339 | | $25.69 |
| 11/28/2023 8:29:39 AM | Sales - Fingerprint | ($25.20) | 36 | | $0.69 |
| 11/21/2023 5:11:48 PM | TRUL Withdrawal | ($2.00) | TL1121 | | $25.89 |
| 11/21/2023 12:06:50 PM | Sales - Fingerprint | ($22.85) | 86 | | $27.89 |
| 11/20/2023 4:06:42 PM | Western Union | $50.00 | 33323324 | | $50.74 |
| 11/15/2023 9:22:10 AM | TRUL Withdrawal | ($2.00) | TL1115 | | $0.74 |
| 11/15/2023 8:29:59 AM | Sales - Fingerprint | ($29.50) | 25 | | $2.74 |
| 11/7/2023 9:34:53 AM | Sales - Fingerprint | ($22.70) | 84 | | $32.24 |
| 11/6/2023 4:06:51 PM | Western Union | $50.00 | 33323310 | | $54.94 |
| 10/31/2023 1:15:24 PM | Sales - Fingerprint | ($24.45) | 113 | | $4.94 |
| 10/24/2023 1:11:48 PM | Sales - Fingerprint | ($21.40) | 74 | | $29.39 |
| 10/23/2023 9:07:19 PM | Western Union | $50.00 | 33323296 | | $50.79 |
| 10/23/2023 1:39:35 PM | TRUL Withdrawal | ($5.00) | TL1023 | | $0.79 |
| 10/18/2023 9:45:22 AM | Sales - Fingerprint | ($22.45) | 77 | | $5.79 |
| 10/16/2023 6:07:09 PM | Western Union | $25.00 | 33323289 | | $28.24 |
| 10/13/2023 7:42:37 AM | Sales - Fingerprint | ($65.45) | 14 | | $3.24 |
| 10/12/2023 7:06:43 PM | Western Union | $25.00 | 33323285 | | $68.69 |
| 10/8/2023 6:41:53 AM | Centralized Unicor | $41.55 | ZUNI0923 | | $43.69 |
| 10/4/2023 9:15:45 AM | Sales - Fingerprint | ($46.20) | 49 | | $2.14 |
| 10/1/2023 7:53:06 PM | TRUL Withdrawal | ($2.00) | TL1001 | | $48.34 |
| 9/27/2023 6:07:57 AM | Western Union | $50.00 | 33323270 | | $50.34 |
| 9/21/2023 8:46:56 AM | Sales - No FP (Non-FP Session) | ($75.65) | 24 | | $0.34 |
| 9/19/2023 7:07:00 AM | Western Union | $25.00 | 33323262 | | $75.99 |
| 9/8/2023 12:23:36 PM | Centralized Unicor | $41.40 | YUNI0823 | | $50.99 |
| 9/7/2023 9:32:24 AM | Sales - Fingerprint | ($41.60) | 57 | | $9.59 |
| 9/5/2023 8:07:32 PM | Western Union | $50.00 | 33323248 | | $51.19 |
| 8/30/2023 1:52:05 PM | Sales - Fingerprint | ($7.15) | 131 | | $1.19 |
| 8/24/2023 8:03:59 AM | Sales - Fingerprint | ($42.60) | 1 | | $8.34 |
| 8/23/2023 6:08:00 AM | Western Union | $50.00 | 33323235 | | $50.94 |
| 8/17/2023 9:25:41 AM | Sales - Fingerprint | ($34.85) | 42 | | $0.94 |
| 8/10/2023 7:46:24 AM | Sales - Fingerprint | ($63.15) | 7 | | $35.79 |
| 8/9/2023 9:06:38 PM | Western Union | $30.00 | 33323221 | | $98.94 |
| 8/8/2023 6:41:03 AM | Centralized Unicor | $52.79 | YUNI0723 | | $68.94 |
| 8/3/2023 9:18:43 AM | Sales - Fingerprint | ($34.55) | 67 | | $16.15 |
| 8/1/2023 4:06:54 PM | Western Union | $50.00 | 33323213 | | $50.70 |
| 7/29/2023 8:38:40 PM | TRUL Withdrawal | ($2.00) | TL0729 | | $0.70 |
| 7/26/2023 7:51:37 AM | Sales - Fingerprint | ($48.75) | 3 | | $2.70 |

$625.00

From Home - 625.00

Unicor - $134.00