**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

AUG 2 3 2024

_Eastern_ Delta **DIVISION**

TAMMY H. DOWNS, CLERK

**CASE NO.** 2:24-cv-00157-BSM-ERE

By: _____
DEP CLERK

**Jury Trial:** ☑ Yes ☐ No
(Check One)

**I.    Parties**

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Bradyn Ackerson_
       ADC # _____  Federal reg # 31557-509

       Address: _FCI - FC medium (P.O. Box 3000 Forrest City Arkansas 72336)_

       Name of plaintiff: _____
       ADC # _____

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       This case assigned to District Judge <u>Miller</u>
       and to Magistrate Judge <u>Ervin</u>

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _C. Garrett_

       Position: _Warden_

       Place of employment: _P.O. Box 3000 Forrest city Arkansas 72336 FCI, Medium Federal corrections_

       Address: _P.o. Box 3000 Forrest city Arkansas 72336 FCI Medium Federal Corrections_

       Name of defendant: _C. Nichols_

       Position: _Health service secretary_

4

Place of employment: _FCI - FC medium_

Address: _P.O. Box 3000  Forrest City Arkansas 72336_

Name of defendant: _C. Hansen_

Position: _Health Service director_

Place of employment: _FCI - FC medium_

Address: _P.O. Box 3000  Forrest City Arkansas 72336_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☒    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ☒

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐      Court (if federal court, name the district; if state court, name the county):

_____

☐      Docket Number: _____

☐      Name of judge to whom case was assigned: _____

☐      Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐      Approximate date of filing lawsuit: _____

☐      Approximate date of disposition: _____

IV.    Place of present confinement: _F.C.I. - FC medium_

_P.O. Box 3000 Forrest City, Ar 72336_

V.     At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

☒ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ☒    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes __X__   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

September 15th 2023 in unicor I cut my finger off and injured a second finger (my thumb) I went to the Hospital, was there for ten Hours. I had an amputation with stitches. The outside doctors prescribed me strong enough pain medicine for the injury though the Forrest City Medical into this very day Hasn't givin me anythens stronger then tylenol. I am in pain right now as I write this complaint... Post operation medical deprivation. Each deffendant Knew I needed them to follow the outside doctors Orders and they didn't..

7

## VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensate me for post medical deprivation. #250,000 dollars compensatory and #250,000 dollars punitive damages...

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20th day of August, 20 24.

_____

_____

Brabyn Ackerson
Signature(s) of plaintiff(s)

8

Sept 15th 2023

went to Hospital
after cutting Finger
off snd injuries thumb...

Stiches in Both... ~ ~

10 hours... ~ ~

2 days Lster went to
                    removed
medicsl they Bsndsged
snd passed out. ...
                Twice. ~ ~

the wrsppins
wss wrong...

; Sworn Statement;

; 1746 Declarations
under Penalty of Perjury;

I; Bradyn Ackerson declare
or certify, verify or state
under penalty of Perjury that
the foregoing is true and, correct
Executed on this day ____
under the 1746 unsworn declarations
Penalty of Perjury...

Bradyn Ackerson

## CERTIFICATE OF SERVICE

I, Bradyn Ackerson, do hereby declare under penalty of perjury that I placed a true and correct copy of the foregoing:

with postage prepaid and affixed into the prison mailbox on this 20th day of August, 2022, and properly addressed to the following:

Respectfully,

Bradyn Ackerson

Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

Ortho Hand ROH

880 Madison Ave Memphis, TN 38103
(901)545-6969 Business (1)

In 10 days 09/25/23

Comments:
Ortho hand clinic Mondays 8 am-12 pm
Call for followup appointment

Patient Education Materials:
Traumatic Finger Amputation

# Traumatic Finger Amputation

A traumatic finger amputation is when a person loses part or all of a finger because of an accident or injury. This condition is a medical emergency. It needs to be treated right away to prevent more damage to the finger and to reattach the lost part of the finger if that is possible.

Amputations of the finger can be:

- Partial. This means that some structures remain attached.
- Complete. The entire finger is removed.

## What are the causes?

This condition usually results from an accident that involves:

- A car.
- Power tools.
- Factory work.
- Farm or lawn equipment.
- A sharp cut.

## What are the signs or symptoms?

Symptoms of this condition include:

- Bleeding.
- Pain.
- Damage to surrounding tissues, such as bones, muscles, tendons, and skin.
- Damage or removal of the nail bed.

## How is this diagnosed?

This condition is diagnosed with a physical exam. During the exam, your health care provider will determine how severe the injury is and the best way to treat it.

X-rays may be done to check for damage to the surrounding bones and tissues.

Name: ACKERSON, BRADYN
MRN: 3042562

2 of 7

09/15/2023 6:29:22 PM

**Printed Prescriptions**

cephalexin (Keflex 500 mg oral capsule) 1 Capsules Oral (given by mouth) every 8 hours for 7 Days. Refills: 0.
Last Dose:_____Next Dose:_____

oxycodone-acetaminophen (Percocet 5/325 oral tablet) 1 tab Oral (given by mouth) every 6 hours as needed as needed for pain for 7 Days. Refills: 0.
Last Dose:_____Next Dose:_____

**Major Tests:**
The following tests were performed during your ED visit.
**Cardiology Orders**
No cardiology orders were placed.

**Laboratory or Other Results This Visit** (last charted value for your 09/15/2023 visit)

**Diagnostic Radiology**
   09/15/2023 11:21 AM
      **XR Hand Complete 3+ Views Left:** XR Hand Complete 3+ Views Left

# Suicide Prevention

If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:

* Your local emergency services (911 in the U.S.).

* A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day.

# My One Health Patient Portal

Enroll in MyOneHealth: MyOneHealth Patient Portal lets you view your medical information online and connect with your health care team.

It is designed to empower you to take an active role in improving your health and wellness.

Enroll online in the MyOneHealth Patient Portal today with these easy steps:

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | | Current Institution: | Forrest City FCC |
| Inmate Name: | SON, BRADYN | Housing Unit: | FOM-C-D |
| Report Date: | 24 | Living Quarters: | C04-207L |
| Report Time: | PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4984 |
| PAC #: | 325798041 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 1/14/2022 |
| Local Account Activation Date: | 1/15/2022 3:12:35 AM |
| Sort Codes: | |
| Last Account Update: | 8/15/2024 12:34:54 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | Payroll        Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $99.71 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $99.71 |
| Total 6 Months Deposits: | $361.02 |

Nat     Months Withdrawals:    $304.10
Available Funds to be co     d for IFRP Payments:    ($88.98)
National 6     hs Avg Daily Balance:    $25.39
Local M     lance - Prev. 30 Days:    $118.91
Avera     lance - Prev. 30 Days:    $66.30

## Commissary History

### Purchases

Validation Period Pu     $57.50
YTD Pu     $679.20
Last Sales Date:    8/15/2024 12:34:54 PM

### SPO Information

SPO's this     0
SPO $ this Q     $0.00

### Spending Limit Info

Spending Limit O     No
Weekly Reval     No
Bi-Weekly Reval     No
Spending     $360.00
Expended Spending     $43.90
Remaining Spending     $316.10

## Commissary Restrictions

### Spending Limit Restric

Restricted S     Limit:    $0.00
Restricted Expe     mount:    $0.00
Restricted Remaining Sp     Limit:    $0.00
Restricti     Date:    N/A
Restric     Date:    N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|
| HYGIENE RESTRICTI | Permitted List | 1/16/2024 | 8/30/2024 | Yes |

## Comments

Comments:

**TRULINCS  31557509 - ACKERSON, BRADYN - Unit: FOM-C-D**

---------------------------------------------------------------------------------------------------

FROM: Associate Warden
TO: 31557509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/28/2024 10:22:02 AM

Good morning,

In accordance with policy, updates regarding administrative remedies are provided by your Unit Team.

Thank you.

_____
From: ~^! ACKERSON, ~^!BRADYN <31557509@inmatemessage.com>
Sent: Thursday, June 27, 2024 11:42 AM
Subject: ***Request to Staff*** ACKERSON, BRADYN, Reg# 31557509, FOM-C-D

To: GARRETT
Inmate Work Assignment: C4 UNIT ORDERLY

needing response on bp9 remedie form to further my PLRA for the district court . this process is a timely process with limitations that entitle me to adequate response time while in pain from loosing my finger.I have stressed this response to my councelor williams and other staff and no specific details of why this remedy process has been givin to me to further my entitlement to complete the PLRA in my legal work for the district courts here in Arkansas.Warden I request from you help in getting guidance not provided from C-4 unit team sir.Thank you for your help as I am currently in pain needing care.

PLRA

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.17, Administrative Remedy Program, (CN 4, August 20, 2012), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: Bradyn Atterson    Date: 2-2-24

Register Number: 31557-509    Unit: C-4

Specific Complaint (include date) and Requested Relief: I've put in numerous sick calls requesting for pain medication for my injury. I've yet to be seen. I need to see Dr. Woodward without further delay for imediate medical needs.

Efforts Made By Inmate to Informally Resolve Grievance (be specific): _____

Counselor's Comments: Per review, you were seen by APRN through sick call on 2-6-2024. The APRN addressed your pain concerns by increasing your pain medication, and submitted a request for Gabapentin NFR. She also ordered an x-ray-you will be on callout. (Nichols APRN)

Correctional Counselor's Review Date    Pay u_ C    Unit Manager's Review Date

DATE BP-9 was ISSUED    5-22-24

Ortho Hand ROH

880 Madison Ave Memphis, TN 38103
(901)545-9999 Business (1)
EASTERN                    MCAS

In 10 days 09/25/23

**Comments:**
Ortho hand clinic Mondays 8 am-12 pm
Call for followup appointment

2024 AUG 23  A 9 33

TAMMY ... BURNS

**Patient Education Materials:**
Traumatic Finger Amputation

# Traumatic Finger Amputation

A traumatic finger amputation is when a person loses part or all of a finger because of an accident or injury. This condition is a medical emergency. It needs to be treated right away to prevent more damage to the finger and to reattach the lost part of the finger if that is possible.

Amputations of the finger can be:

- Partial. This means that some structures remain attached.
- Complete. The entire finger is removed.

## What are the causes?

This condition usually results from an accident that involves:

- A car.
- Power tools.
- Factory work.
- Farm or lawn equipment.
- A sharp cut.

## What are the signs or symptoms?

Symptoms of this condition include:

- Bleeding.
- Pain.
- Damage to surrounding tissues, such as bones, muscles, tendons, and skin.
- Damage or removal of the nail bed.

## How is this diagnosed?

This condition is diagnosed with a physical exam. During the exam, your health care provider will determine how severe the injury is and the best way to treat it.

X-rays may be done to check for damage to the surrounding bones and tissues.

Name: ACKERSON, BRADYN
MRN: 3042562

2 of 7

09/15/2023 6:29:22 PM

**Printed Prescriptions**

cephalexin (Keflex 500 mg oral capsule) 1 Capsules Oral (given by mouth) every 8 hours for 7 Days. Refills: 0.
Last Dose:_____ Next Dose:_____

oxycodone-acetaminophen (Percocet 5/325 oral tablet) 1 tab Oral (given by mouth) every 6 hours as needed as needed for pain for 7 Days. Refills: 0.
Last Dose:_____ Next Dose:_____

**Major Tests:**
The following tests were performed during your ED visit.
**Cardiology Orders**
No cardiology orders were placed.

**Laboratory or Other Results This Visit (last charted value for your 09/15/2023 visit)**

**Diagnostic Radiology**
09/15/2023 11:21 AM
XR Hand Complete 3+ Views Left: XR Hand Complete 3+ Views Left

# Suicide Prevention

If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:

* Your local emergency services (911 in the U.S.).

* A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day.

# My One Health Patient Portal

Enroll in MyOneHealth: MyOneHealth Patient Portal lets you view your medical information online and connect with your health care team.

It is designed to empower you to take an active role in improving your health and wellness.

Enroll online in the MyOneHealth Patient Portal today with these easy steps:

1:23 PM



Leading Teleradiology

# FCI Forrest City Medium FOM

| Patient: | **ACKERSON, BRADYN (Male)** | | DOB: | 03/04/92 |
|---|---|---|---|---|
| Register#: | **31557-509** | | Age: | 31 |
| Date: | 09/18/23 12:22 | | Status: | OP |
| Slicecount: | 3 | | | |
| History: | POST TRAUMATIC AMPUTATION 1ST/2ND DIGITS, CHECK FOR OTHER FXS | | | |
| Priors: | | | | |
| Exams: | XR LEFT FINGER | | | |
| Referring Phy: | | | | |
| Ordering Phy: | | | | |
| Ordering Phy #: | | | | |

Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1695056982.300757

---

## Final Report

**Exam: XR LEFT FINGER**

**HISTORY: See above**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: The first distal phalangeal tuft is amputated. The second finger is amputated through the proximal shaft of the second middle phalanx. There is no joint space malalignment. Bone mineralization is normal for age.**

**IMPRESSION:**
**First distal phalangeal tuft is amputated. The second finger is amputated through the proximal shaft of the second middle phalanx.**

Radiologist:          Maurice Yu, MD

Study ready at 12:23 and initial results transmitted at 12:59

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: 31557-509 |
| Date of Birth: 03/04/1992 | Sex: M    Race: WHITE | Facility: FOM |
| Encounter Date: 09/18/2023 11:50 | Provider: Juchau, Jeffrey MD | Unit: C04 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Juchau, Jeffrey MD

Chief Complaint: Medical Trip Return

Subjective: inmate

Pain: Yes

Pain Assessment

Date: 2023 08:17

Location:

Quality of Pain: Achi

Pain Scale: 5

Intervention: see note

Trauma Date/Year:

Injury:

Mechanism:

Onset: 1-2 Days

Duration: 1-2 Days

Exacerbating Factors: holding my hand down. Moving them.

Relieving Factors: Inmate is on percocet and states that h

Reason Not Done:

Comments:

**OBJECTIVE:**

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current

**PLAN:**

New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Fingers-General [Left] | One Time | | 09/18/2023 | Today |

Specific reason(s) for request (Complaints and findings):

saw accident, want to make sure no other fractures

Disposition:

Follow-up at Sick Call as Needed

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/18/2023 | Counseling | Plan of Care | Juchau, Jeffrey | Verbalizes Understanding |

See Amendment

Inmate Name:   ACKERSON, BRADYN                                                    Reg #:    31557-509
Date of Birth:   03/04/1992                        Sex:      M    Race:  WHITE      Facility:  FOM
Encounter Date:  09/18/2023 11:50                  Provider:  Juchau, Jeffrey MD    Unit:     C04

| Date Initiated  Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

**Copay Required:** No                    **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Juchau, Jeffrey MD on 09/18/2023 12:22



# Bureau of Prisons
## Health Services
## See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex:    M | Race: | WHITE |
| Encounter Date: | 09/18/2023 12:31 | | Facility: | FOM |

**Amendment made to this note by Juchau, Jeffrey MD on 09/18/2023 13:04.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex:    M    Race: WHITE | Facility: | FOM |
| Note Date: | 09/18/2023 07:51 | Provider:    Newmon, Robert RN | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:    Newmon, Robert RN

Inmate returned remaining antibiotics as requested by nurse.


**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**    No

Completed by Newmon, Robert RN on 09/18/2023 07:52

Requested to be cosigned by  Juchau, Jeffrey MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M  Race: WHITE | | Facility: | FOM |
| Encounter Date: | 09/22/2023 08:46 | Provider: Woodard, Sheila S (MAT) | | Unit: | C04 |

Consultation - Follow up visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:   Woodard, Sheila S (MAT) MD

Chief Complaint:   Pain

Subjective:   Follow-Up visit for this patient recently injuried at Unicor involving Finger Amputations; Reports Unrelenting Pain of 10/10 Dressing Dry and Intact.
Plan to RX Ibuprofen 800mg daily and  Tylenol #3 2 pills BID for 3 days.

Pain:          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/22/2023 08:49 |
| Location: | Hand-Left |
| Quality of Pain: | Throbbing |
| Pain Scale: | 10 |
| Intervention: | Plan to RX Tylenol#3. |
| Trauma Date/Year: | 09/16/2023 |
| Injury: | traumatic amputation of part of distal L thumb and to PIP joint of first finger |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Finger Amputation per Machine at Unicor |
| Relieving Factors: | Narcotics |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 09/22/2023 08:46 |
| | Prescriber Order:    800 mg Orally  -   daily x 30 day(s) | |
| | Indication:  Pain in unspecified hand | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 551795-FOX | oxyCODONE/Acetaminophen 5/325 MG Tab UD | 09/22/2023 08:46 |

| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M    Race: WHITE | Facility: | FOM |
| Encounter Date: | 09/22/2023 08:46 | Provider: Woodard, Sheila S (MAT) | Unit: | C04 |

**Renew Medication Orders:**

**Rx#**          **Medication**                                                                    **Order Date**

**Prescriber Order:**   Take two tablets  by mouth each morning ***crush/empty***---Take one
tablet  by mouth each evening x 3 day(s) Pill Line Only

Indication:   Pain in unspecified hand

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 09/22/2023 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Woodard, Sheila S (MAT) MD on 09/22/2023 08:53

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M  Race: WHITE | Facility: FOM |
| Encounter Date: | 09/28/2023 10:36 | Provider: Putter, K. RN | Unit: C04 |

Nursing - Wound Care encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Putter, K. RN

Chief Complaint:   Dressing Changes

Subjective:        wound care

Pain:              No

**OBJECTIVE:**

Exam:

**Skin**

**Wound**

Yes: Wounds present, Drainage, Sanguineous Drainage, Small amount of drainage, Wound Improving

No: Signs and/or Symptoms of Infection, Macerated Tissue, Sloughing Tissue, Necrotic Tissue, Redness, Firmness, Odor, Increased Temperature

**ASSESSMENT:**

Alteration in comfort

Inmate evaluated during dressing change. Inmate exhibits no s/s o infection at this time. Per MD may remove sutures to top of thumb- well tolerated. Tension sutures remain intact to the end of index finger. Inmate is requesting a renewal on pain medications for Tylenol #3. Inmate also c/o of constipation- new order to provide MOM and inmate educated on ways to decrease the risk of constipation in the future.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/28/2023 | Counseling | Access to Care | Putter, K. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Putter, K. RN on 09/29/2023 11:00

Requested to be cosigned by Juchau, Jeffrey MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-5O9 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/28/2023 10:36 | Provider: | Putter, K. RN | Facility: | FOM |

**Cosigned with New Encounter Note by Juchau, Jeffrey MD on 09/29/2023 11:48.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M Race: WHITE | | Facility: | FOM |
| Note Date: | 10/05/2023 09:11 | Provider: Martin, Cindy RN | | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1       Provider:   Martin, Cindy RN

Requesting refill on Acetaminophen/codeine 300mg/30mg for dressing changes after traumatic amputation of fingers

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Martin, Cindy RN on 10/05/2023 09:14

Requested to be cosigned by Juchau, Jeffrey MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-5O9 |
| Date of Birth: | 03/04/1992 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 10/05/2023 09:11 | Provider: | Martin, Cindy RN | | Facility: | FOM |

**Cosigned with New Encounter Note by Juchau, Jeffrey MD on 10/05/2023 09:15.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: 31557-509 |
| Date of Birth: 03/04/1992 | Sex: M  Race: WHITE | Facility: FOM |
| Encounter Date: 10/31/2023 10:26 | Provider: Juchau, Jeffrey MD | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1         Provider: Juchau, Jeffrey MD

Chief Complaint:    Chronic Care Clinic

Subjective:         31 year old white male suffered traumatic amputation of his L 2nd distal phalanx and the tip of his thumb in table saw accident at work at unicor on 9/15/23. Was seen by hand surgeon who placed retention sutures in second digit. The wounds are finally closed, he is wearing a splint on second digit for comfort. He feels like there are lightening bolts going out to were his finger was. He is on 25 mg of Elavil, it helped at first, will increase to 50 mg and add Motrin. He understands the pain protocol in effect at BOP

Pain:               Yes

**Pain Assessment**

Date:                   10/31/2023 10:31

Location:               Finger(s)-Left

Quality of Pain:        Shooting

Pain Scale:             6

Intervention:           increase amitriptyline and add ibuprofen

Trauma Date/Year:       09/16/2023

Injury:                 traumatic amputation of part of distal L thumb and to PIP joint of first finger

Mechanism:

Onset:                  2-6 Months

Duration:               2-6 Months

Exacerbating Factors:   movement of finger

Relieving Factors:      nothing really except narcotics

Reason Not Done:

Comments:

Seen for clinic(s): Orthopedic/Rheumatology
Added to clinic(s): Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/31/2023 | 10:33 FOX | 97.2 | 36.2 | | Juchau, Jeffrey MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/31/2023 | 10:33 FOX | 100 | | | Juchau, Jeffrey MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/31/2023 | 10:33 FOX | 144/85 | | | | Juchau, Jeffrey MD |

| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | | Facility: | FOM |
| Encounter Date: | 10/31/2023 10:26 | | Unit: | C04 |

Sex: M  Race: WHITE
Provider: Juchau, Jeffrey MD

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|

**ROS Comments**

Gen: No fevers or chills, no weight changes, no new fatigue
HEENT: No visual changes, no headache, no ear pain or sore throat
Neck: No swelling or enlarged thyroid
Lungs: No Shortness of breath, no cough, no dyspnea or orthopnea
CV: No chest pain, no palpitations, no edema
Abdomen: no constipation, no diarrhea, no bright red blood or melena.  No abdominal pain, no masses.  No dysphagia.
Extremities: see HPI
Skin: no rash or skin changes
Neurological:  No numbness or tingling, no weakness, able to smell and taste.
Psychiatric: no depressive or manic symptoms
Hematological: no bruising, petechial rash or bleeding
ENDOCRINE:  No fatigue. No weakness. No history of thyroid, diabetes or adrenal problems.
ALLERGIES:  No asthma. No urticaria

**Exam Comments**

GEN: WDWN in NAD, Alert and oriented x3
HEENT: PERRLA, EOMI, Fundi benign, ears clear, throat without redness or edema
NECK:  supple without adenopathy or Thyromegaly, no masses noted, full range of motion
LUNGS: clear to auscultation in all fields, no pleural rub or friction noted
CV:  Regular rate and rhythm, no murmurs or gallops noted
ABD: soft non-tender, no masses, no enlarged spleen or liver. Bowel sounds heard in all quadrants.
EXT: no clubbing cyanosis or edema
MUSKULOSKELTAL: amputation f L second distal phalanx, healing well, wound appears closed, tender to touch.
Thumb is healing well no open wound
SKIN: no rashes or lesions noted
NEURO: non-focal, CN II-XII grossly intact. No weakness or numbness noted
GU: deferred
RECTAL: deferred
MENTAL STATUS: well-groomed and dressed, normal affect, full range

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current - *Cut off 2 Fingers, now with phantom pain*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|-----|-----------|---|-----------|
| | Amitriptyline Tablet | | 10/31/2023 10:26 |

    **Prescriber Order:**  50 mg Orally  at bedtime x 180 day(s) Pill Line Only

    Indication:  Pain in unspecified hand

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|-----|-----------|---|-----------|
| 552282-FOX | Ibuprofen 800 MG Tab | | 10/31/2023 10:26 |

    **Prescriber Order:**  Take one tablet (800 MG) by mouth each day with food as needed for pain *Please purchase from commissary when these are gone if needed* x 180 day(s) — chronic care certified

    Indication:  Pain in unspecified hand

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|-----|-----------|---|-----------|
| *553747-FOX* | *Amitriptyline  25 MG Tab* | | *10/31/2023 10:26* |

    **Prescriber Order:**  *Take one tablet (25 MG) by mouth each evening for pain*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex:     M     Race: WHITE | Facility: | FOM |
| Note Date: | 12/07/2023 11:22 | Provider:   Martin, Cindy RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1           Provider:   Martin, Cindy RN

Inmate came to sick call, placed sick call about pain in fingers and pain medication is not helping pain, inmate was instructed to stay until seen, inmate left before being seen.

Copay Required: No              Cosign Required:  Yes

Telephone/Verbal Order:   No

Completed by Martin, Cindy RN on 12/07/2023 11:24

Requested to be cosigned by  Harris, J. (MAT) APRN.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 12/07/2023 11:22 | Provider: | Martin, Cindy RN | | Facility: | FOM |

Cosigned by Harris, J. (MAT) APRN on 12/07/2023 12:58.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: 03/04/1992 | Sex: M    Race: WHITE | Facility: | FOM |
| Encounter Date: 01/02/2024 18:50 | Provider: Putter, K. RN | Unit: | C04 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Putter, K. RN

Chief Complaint: Pain

Subjective: Inmate placed sick-call for medications non-effective

Pain: Not Applicable

---

**OBJECTIVE:**

Exam:

General

Affect

Yes: Cooperative

Appearance

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Condition Stable

Inmate placed sick-call for Elavil non-effective for Hx of traumatic amputation of index finger. Inmate to be placed on scheduler with MLP for follow-up.

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/16/2024 00:00 | MLP 03 |

Meds non-effective for pain r/t traumatic amputation of index finger.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/02/2024 | Counseling | Access to Care | Putter, K. | Verbalizes Understanding |

Copay Required: No            Cosign Required: Yes

Telephone/Verbal Order: No

Completed by Putter, K. RN on 01/02/2024 18:55

Requested to be cosigned by Harris, J. (MOUD) APRN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-5O9 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/02/2024 18:50 | Provider: | Putter, K. RN | Facility: | FOM |

**Cosigned by Harris, J. (MOUD) APRN on 01/04/2024 08:44.**

31552505

# Regional One Health

877 Jefferson Avenue    Memphis TN 38103-2897
Business Phone: (901)545-8400    Business Fax:

**Patient Name:** ACKERSON, BRADYN

| | | | |
|---|---|---|---|
| Birthdate: 03/04/1992 | Age: 31 Years | Sex: Male | MRN: 3042562 |

Allergies: amoxicillin

Height: 167 cm

Weight: 68.000 kg

Pharmacist please note -- Allergy list may be incomplete.

Patient Address: 201 POPLAR AVE                     Home Phone:

MEMPHIS  TN  381031945                  Work Phone:

| Prescription Details: | Date Written:  09/15/2023 |
|---|---|

**Rx:** Keflex 500 mg oral capsule

SIG:   1 cap Oral q8h for 7 days
Dispense/Supply: <21 (twenty-one) cap>
Refill: <0>

---

**DISPENSE AS WRITTEN**                    **SUBSTITUTION PERMITTED**

Prescribed By: Ricky Gable, MD                    NPI #:  1376280701

Entered by:       Ricky Gable

Ordering Physician Name:      Ricky Gable, MD          Location of Origin:    Emergency Department
Ordering Physician Address:    877 Jefferson Avenue
                               Memphis  TN    38103-2897
Ordering Physician Phone #:    Business #: (901)545-8400    Fax #:

## Regional One Health

**ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES**

# Regional One Health

877 Jefferson Avenue    Memphis TN 38103-2897
Business Phone: (901)545-8400    Business Fax:

**Patient Name: ACKERSON, BRADYN**

| Birthdate: 03/04/1992 | Age: 31 Years | Sex: Male | MRN: 3042562 |
|---|---|---|---|

| Allergies: amoxicillin | Height: 167 cm |
|---|---|
| | Weight: 68.000 kg |

Pharmacist please note -- Allergy list may be incomplete.

Patient Address: 201 POPLAR AVE          Home Phone:
             MEMPHIS TN 381031945        Work Phone:

| Prescription Details: | Date Written: 09/15/2023 |
|---|---|

**Rx: Percocet 5/325 oral tablet**

SIG:   1 tab Oral q6h for 7 days PRNas needed for pain
Dispense/Supply: <20 (twenty) tab>
Refill: <0>
PRN:  as needed for pain

---

_____           _____
DISPENSE AS WRITTEN                 SUBSTITUTION PERMITTED

Prescribed By: Ricky Gable, MD          NPI #: 1376280701
                                        DEA #:AC561000-3046

Entered by:   Ricky Gable

Ordering Physician Name:    Ricky Gable, MD        Location of Origin:   Emergency Department
Ordering Physician Address:  877 Jefferson Avenue
                             Memphis  TN    38103-2897
Ordering Physician Phone #:  Business #: (901)545-8400    Fax #:

## Regional One Health

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-5O9 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Scanned Date: | 09/18/2023 14:24 EST | | | Facility: | FOM |

**Reviewed by Juchau, Jeffrey MD on 09/19/2023 08:03.**

Bureau of Prisons - FOM

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   31557-509                     Inmate Name:   ACKERSON, BRADYN

___ confined to the living quarters except ___ meals ___ pill line ___ treatments   Exp. Date: _____
___ on complete bed rest: ___ bathroom privileges only   Exp. Date: _____
___ cell: ___ cell on first floor ___ single cell ___ lower bunk ___ airborne infection isolation   Exp. Date: _____
___ other: _____   Exp. Date: _____

___ all sports:   Exp. Date: _____
___ weightlifting: ___ upper body ___ lower body   Exp. Date: _____
___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball   Exp. Date: _____
___ football ___ basketball ___ handball ___ stationary equipment
___ other: _____   Exp. Date: _____

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - wrist | 07/29/2024 | | |
| given Medium left wrist brace with thumb support today | | | |
| Eye Glasses | 02/15/2024 | | |
| Eye Glasses | 03/23/2022 | | |

Cleared for Food Service:   **Yes**   _____

**X** No Restrictions

**Comments:**   care level 1

Harris, J. (MOUD) APRN   _____   07/29/2024
Health Services Staff                              Date

Inmate Name:   **ACKERSON, BRADYN**   Reg #:   **31557-509**   Quarters:   **C04**

*ALL EXPIRATION DATES ARE AT 24:00*

**Medication Administration Record**    OCTOBER 2023

31557-509    ACKERSON, BRADYN

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 10/05/23 09:40 — Juchau, Jeffrey MD — Take one tablet by mouth each evening for pain ***crush/empty*** — Exp. Date 10/12/23 09:39 — FOX 553148-FOX — Acetaminophen/Codeine 300/30MG Tab UD | 1930 | x | x | x | x | 1 BOS 14:21 | SYO 17:28 | CGM 17:52 | CGM 18:06 | BOS 18:27 | | 1 BOS 14:19 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 10/13/23 12:01 — Juchau, Jeffrey MD — Take two tablets by mouth each morning for pain ***crush/empty*** — Exp. Date 10/20/23 12:00 — FOX 553800-FOX — Acetaminophen/Codeine 300/30MG Tab UD | 0700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2 SPF 07:20 | 2 RVN 07:28 | 2 RVN 06:57 | 2 KNP 07:00 | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 10/13/23 12:01 — Juchau, Jeffrey MD — Take one tablet by mouth each evening for pain ***crush/empty*** — Exp. Date 10/20/23 12:00 — FOX 553800-FOX — Acetaminophen/Codeine 300/30MG Tab UD | 1930 | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | 1 BOS 17:26 | 1 BOS 14:42 | 1 RVN 18:30 | 1 RVN 18:19 | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 10/13/23 14:50 — Juchau, Jeffrey MD — Take one tablet (25 MG) by mouth each evening for pain ***crush/empty*** — Exp. Date 10/31/23 15:05 — FOX 553747-FOX — Amitriptyline 25 MG Tab | 1930 | x | x | x | x | x | x | x | x | x | x | x | x | | | | | 1 RVN 14:19 | 1 BOS 14:42 | 1 RVN 18:30 | 1 RVN 18:19 | 1 KNP 14:21 | 1 SYO 14:17 | 1 KNP 23:08 | 1 BOS 23:06 | 1 BOS 18:38 | 1 RVN 14:19 | 1 RVN 14:21 | 1 RVN 14:27 | 1 CGM 17:31 | 1 RVN 14:28 | 1 BOS 14:35 |

Providers: CMN = Nichols, C. | PLM = Morehart, P. | CGM = Martin, C. | RVN = Newmon, R. | KNP = Putter, K. | SPF = Futrell, S. | EGS = Shahan, E. | SYO = O'Kane, S.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 31557-509    Pt. Name: ACKERSON, BRADYN    DOB: 03/04/92

Report information is current as of the date and time of printing:  02/13/2024 16:05 EST

| 31557-509    ACKERSON, BRADYN | **Medication Administration Record** | OCTOBER 2023 |
|---|---|---|

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 10/31/23 15:05 — Juchau, Jeffrey MD — Take one tablet (50 MG) by mouth every night at bedtime ***crush/empty*** at | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Exp. Date 02/07/24 06:14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOX 555214-FOX    Amitriptyline  50 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CMN = Nichols, C. | PLM = Morehart, P. | CGM = Martin, C. | RVN = Newmon, R. | KNP = Putter, K. | SPF = Futrell, S. | EGS = Shahan, E. | SYO = O'Kane, S.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 31557-509    Pt. Name: ACKERSON, BRADYN    DOB: 03/04/92
Report information is current as of the date and time of printing:  02/13/2024 16:05 EST

9/18/23, 1:23 PM



Leading Teleradiology

# FCI Forrest City Medium FOM

| | | | |
|---|---|---|---|
| Patient: | **ACKERSON, BRADYN (Male)** | DOB: | 03/04/92 |
| Register#: | **31557-509** | Age: | 31 |
| Date: | 09/18/23 12:22 | Status: | OP |
| Slicecount: | 3 | | |
| History: | POST TRAUMATIC AMPUTATION 1ST/2ND DIGITS, CHECK FOR OTHER FXS | | |
| Priors: | | | |
| Exams: | XR LEFT FINGER | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1695056982.300757

---

**Final Report**

**Exam: XR LEFT FINGER**

**HISTORY: See above**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS:** The first distal phalangeal tuft is amputated. The second finger is amputated through the proximal shaft of the second middle phalanx. There is no joint space malalignment. Bone mineralization is normal for age.

**IMPRESSION:**
First distal phalangeal tuft is amputated. The second finger is amputated through the proximal shaft of the second middle phalanx.

Radiologist:                    Maurice Yu, MD

Study ready at 12:23 and initial results transmitted at 12:59

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | | Race: | WHITE |
| Scanned Date: | 09/18/2023 14:24 EST | | | | Facility: | FOM |

**Reviewed by Juchau, Jeffrey MD on 09/19/2023 08:03.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M   Race: WHITE | | Facility: | FOM |
| Encounter Date: | 09/18/2023 11:50 | Provider: Juchau, Jeffrey MD | | Unit: | C04 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Juchau, Jeffrey MD

Chief Complaint:   Medical Trip Return

Subjective:      inmate

**Pain:**        Yes

**Pain Assessment**

Date:                    2023 08:17

Location:

Quality of Pain:        Achi

Pain Scale:             5

Intervention:           see note

Trauma Date/Year:

Injury:

Mechanism:

Onset:                  1-2 Days

Duration:               1-2 Days

Exacerbating Factors:   holding my hand down.  Moving them.

Relieving Factors:      Inmate is on percocet and states that h

Reason Not Done:

Comments:

**OBJECTIVE:**

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Fingers-General [Left] | One Time | | 09/18/2023 | Today |

Specific reason(s) for request (Complaints and findings):

saw accident, want to make sure no other fractures

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/18/2023 | Counseling | Plan of Care | Juchau, Jeffrey | Verbalizes Understanding |

| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M    Race:  WHITE | Facility: | FOM |
| Encounter Date: | 09/18/2023 11:50 | Provider: | Juchau, Jeffrey MD | Unit: | C04 |

| Date Initiated  Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Juchau, Jeffrey MD on 09/18/2023 12:22



See Amendment

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: M | Race: | WHITE |
| Encounter Date: | 09/18/2023 12:31 | | Facility: | FOM |

**Amendment made to this note by Juchau, Jeffrey MD on 09/18/2023 13:04.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex:    M    Race: WHITE | Facility: | FOM |
| Note Date: | 09/18/2023 07:51 | Provider:    Newmon, Robert RN | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1          Provider:    Newmon, Robert RN
       Inmate returned remaining antibiotics as requested by nurse.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Newmon, Robert RN on 09/18/2023 07:52
Requested to be cosigned by  Juchau, Jeffrey MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name:  ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth:   03/04/1992 | Sex:   M   Race:  WHITE | | Facility: | FOM |
| Encounter Date:  09/22/2023 08:46 | Provider:  Woodard, Sheila S (MAT) | Unit: | C04 |

Consultation - Follow up visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1         Provider:  Woodard, Sheila S (MAT) MD

Chief Complaint:   Pain

Subjective:   Follow-Up visit for this patient recently injuried at Unicor
involving Finger Amputations; Reports Unrelenting Pain of 10/10
Dressing Dry and Intact.
Plan to RX Ibuprofen 800mg daily and  Tylenol #3 2 pills BID for 3 days.

Pain:         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/22/2023 08:49 |
| Location: | Hand-Left |
| Quality of Pain: | Throbbing |
| Pain Scale: | 10 |
| Intervention: | Plan to RX Tylenol#3. |
| Trauma Date/Year: | 09/16/2023 |
| Injury: | traumatic amputation of part of distal L thumb and to PIP joint of first finger |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Finger Amputation per Machine at Unicor |
| Relieving Factors: | Narcotics |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 09/22/2023 08:46 |

Prescriber Order:    800 mg Orally  -   daily x 30 day(s)

Indication:  Pain in unspecified hand

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 551795-FOX | oxyCODONE/Acetaminophen  5/325 MG Tab UD | 09/22/2023 08:46 |

| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/04/1992 | Sex: | M   Race:  WHITE | | Facility: | FOM |
| Encounter Date: | 09/22/2023 08:46 | Provider: | Woodard, Sheila S (MAT) | | Unit: | C04 |

## Renew Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|

**Prescriber Order:**    Take two tablets  by mouth each morning ***crush/empty***---Take one tablet  by mouth each evening x 3 day(s) Pill Line Only

Indication:   Pain in unspecified hand

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/22/2023 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

Copay Required: No        Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Woodard, Sheila S (MAT) MD on 09/22/2023 08:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | |
|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: 31557-509 |
| Date of Birth: 03/04/1992 | Sex: M  Race: WHITE | Facility: FOM |
| Encounter Date: 09/28/2023 10:36 | Provider: Putter, K. RN | Unit: C04 |

---

Nursing - Wound Care encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Putter, K. RN

Chief Complaint: Dressing Changes

Subjective:     wound care

**Pain:**          No

---

**OBJECTIVE:**

**Exam:**

**Skin**

**Wound**

Yes: Wounds present, Drainage, Sanguineous Drainage, Small amount of drainage, Wound Improving

No: Signs and/or Symptoms of Infection, Macerated Tissue, Sloughing Tissue, Necrotic Tissue, Redness, Firmness, Odor, Increased Temperature

**ASSESSMENT:**

Alteration in comfort

Inmate evaluated during dressing change. Inmate exhibits no s/s o infection at this time. Per MD may remove sutures to top of thumb- well tolerated. Tension sutures remain intact to the end of index finger. Inmate is requesting a renewal on pain medications for Tylenol #3. Inmate also c/o of constipation- new order to provide MOM and inmate educated on ways to decrease the risk of constipation in the future.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/28/2023 | Counseling | Access to Care | Putter, K. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Putter, K. RN on 09/29/2023 11:00

Requested to be cosigned by Juchau, Jeffrey MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 09/28/2023 10:36 | Provider: | Putter, K. RN | | Facility: | FOM |

**Cosigned with New Encounter Note by Juchau, Jeffrey MD on 09/29/2023 11:48.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M    Race: WHITE | Facility: | FOM |
| Note Date: | 10/05/2023 09:11 | Provider: | Martin, Cindy RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1            Provider:   Martin, Cindy RN

Requesting refill on Acetaminophen/codeine 300mg/30mg for dressing changes after traumatic amputation of fingers

**Copay Required: No**          **Cosign Required:  Yes**

**Telephone/Verbal Order:   No**

Completed by Martin, Cindy RN on 10/05/2023 09:14

Requested to be cosigned by  Juchau, Jeffrey MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/05/2023 09:11 | Provider: | Martin, Cindy RN | Facility: | FOM |

**Cosigned with New Encounter Note by Juchau, Jeffrey MD on 10/05/2023 09:15.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: | 31557-509 |
| Date of Birth: 03/04/1992 | Sex: M  Race: WHITE | Facility: | FOM |
| Encounter Date: 10/31/2023 10:26 | Provider: Juchau, Jeffrey MD | Unit: | C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Juchau, Jeffrey MD

Chief Complaint:  Chronic Care Clinic

Subjective:      31 year old white male suffered traumatic amputation of his L 2nd distal phalanx and the tip of his thumb in table saw accident at work at unicor on 9/15/23. Was seen by hand surgeon who placed retention sutures in second digit. The wounds are finally closed, he is wearing a splint on second digit for comfort. He feels like there are lightening bolts going out to were his finger was. He is on 25 mg of Elavil, it helped at first, will increase to 50 mg and add Motrin. He understands the pain protocol in effect at BOP

Pain:          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 10/31/2023 10:31 |
| Location: | Finger(s)-Left |
| Quality of Pain: | Shooting |
| Pain Scale: | 6 |
| Intervention: | increase amitriptyline and add ibuprofen |
| Trauma Date/Year: | 09/16/2023 |
| Injury: | traumatic amputation of part of distal L thumb and to PIP joint of first finger |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | movement of finger |
| Relieving Factors: | nothing really except narcotics |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Orthopedic/Rheumatology
**Added to clinic(s):** Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/31/2023 | 10:33 | FOX | 97.2 | 36.2 | | Juchau, Jeffrey MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/31/2023 | 10:33 | FOX | 100 | | | Juchau, Jeffrey MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/31/2023 | 10:33 | FOX | 144/85 | | | | Juchau, Jeffrey MD |

| Inmate Name: | ACKERSON, BRADYN | | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: WHITE | Facility: | FOM |
| Encounter Date: | 10/31/2023 10:26 | Provider: | Juchau, Jeffrey MD | | Unit: | C04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|

## ROS Comments

Gen: No fevers or chills, no weight changes, no new fatigue
HEENT: No visual changes, no headache, no ear pain or sore throat
Neck: No swelling or enlarged thyroid
Lungs: No Shortness of breath, no cough, no dyspnea or orthopnea
CV: No chest pain, no palpitations, no edema
Abdomen: no constipation, no diarrhea, no bright red blood or melena. No abdominal pain, no masses. No dysphagia.
Extremities: see HPI
Skin: no rash or skin changes
Neurological: No numbness or tingling, no weakness, able to smell and taste.
Psychiatric: no depressive or manic symptoms
Hematological: no bruising, petechial rash or bleeding
ENDOCRINE: No fatigue. No weakness. No history of thyroid, diabetes or adrenal problems.
ALLERGIES: No asthma. No urticaria

## Exam Comments

GEN: WDWN in NAD, Alert and oriented x3
HEENT: PERRLA, EOMI, Fundi benign, ears clear, throat without redness or edema
NECK: supple without adenopathy or Thyromegaly, no masses noted, full range of motion
LUNGS: clear to auscultation in all fields, no pleural rub or friction noted
CV: Regular rate and rhythm, no murmurs or gallops noted
ABD: soft non-tender, no masses, no enlarged spleen or liver. Bowel sounds heard in all quadrants.
EXT: no clubbing cyanosis or edema
MUSKULOSKELTAL: amputation f L second distal phalanx, healing well, wound appears closed, tender to touch. Thumb is healing well no open wound
SKIN: no rashes or lesions noted
NEURO: non-focal, CN II-XII grossly intact. No weakness or numbness noted
GU: deferred
RECTAL: deferred
MENTAL STATUS: well-groomed and dressed, normal affect, full range

## ASSESSMENT:

Pain in unspecified hand, M79643 - Current - *Cut off 2 Fingers, now with phantom pain*

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|-----------|
| | Amitriptyline Tablet | 10/31/2023 10:26 |

**Prescriber Order:** 50 mg Orally at bedtime x 180 day(s) Pill Line Only

Indication: Pain in unspecified hand

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|-----------|
| 552282-FOX | Ibuprofen 800 MG Tab | 10/31/2023 10:26 |

**Prescriber Order:** Take one tablet (800 MG) by mouth each day with food as needed for pain *Please purchase from commissary when these are gone if needed* x 180 day(s) -- chronic care certified

Indication: Pain in unspecified hand

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|-----------|
| *553747-FOX* | *Amitriptyline 25 MG Tab* | *10/31/2023 10:26* |

**Prescriber Order:** *Take one tablet (25 MG) by mouth each evening for pain*

Generated 10/31/2023 10:41 by Juchau, Jeffrey MD        Bureau of Prisons - FOM        Page 2 of 3



# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M    Race: WHITE | Facility: | FOM |
| Note Date: | 12/07/2023 11:22 | Provider: | Martin, Cindy RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Martin, Cindy RN

Inmate came to sick call, placed sick call about pain in fingers and pain medication is not helping pain, inmate was instructed to stay until seen, inmate left before being seen.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Martin, Cindy RN on 12/07/2023 11:24
Requested to be cosigned by  Harris, J. (MAT) APRN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/07/2023 11:22 | Provider: | Martin, Cindy RN | Facility: | FOM |

**Cosigned by Harris, J. (MAT) APRN on 12/07/2023 12:58.**



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ACKERSON, BRADYN | | Reg #: 31557-509 | |
| Date of Birth: 03/04/1992 | Sex: M Race: WHITE | Facility: FOM | |
| Encounter Date: 01/02/2024 18:50 | Provider: Putter, K. RN | Unit: C04 | |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Putter, K. RN

Chief Complaint: Pain

Subjective: Inmate placed sick-call for medications non-effective

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Condition Stable

Inmate placed sick-call for Elavil non-effective for Hx of traumatic amputation of index finger. Inmate to be placed on scheduler with MLP for follow-up.

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/16/2024 00:00 | MLP 03 |

Meds non-effective for pain r/t traumatic amputation of index finger.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/02/2024 | Counseling | Access to Care | Putter, K. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Putter, K. RN on 01/02/2024 18:55

Requested to be cosigned by Harris, J. (MOUD) APRN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | ACKERSON, BRADYN | | | Reg #: | 31557-509 |
|---|---|---|---|---|---|
| Date of Birth: | 03/04/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/02/2024 18:50 | Provider: | Putter, K. RN | Facility: | FOM |

**Cosigned by Harris, J. (MOUD) APRN on 01/04/2024 08:44.**

31552509

## Regional One Health

877 Jefferson Avenue    Memphis TN 38103-2897
Business Phone: (901)545-8400    Business Fax:

| Patient Name: ACKERSON, BRADYN | | | | | |
|---|---|---|---|---|---|
| Birthdate: 03/04/1992 | Age:  31 Years | Sex:  Male | | MRN:  3042562 | |

Allergies: amoxicillin                                    Height:  167 cm
                                                          Weight: 68.000 kg

Pharmacist please note -- Allergy list may be incomplete.

Patient Address:  201 POPLAR AVE                      Home Phone:

MEMPHIS TN 381031945                                   Work Phone:

**Prescription Details:**                        **Date Written:    09/15/2023**

**Rx: Keflex 500 mg oral capsule**

SIG:   1 cap Oral q8h for 7 days
Dispense/Supply: <21 (twenty-one) cap>
Refill: <0>

-----------------------------------------------------

_____          _____
      DISPENSE AS WRITTEN                  SUBSTITUTION PERMITTED

Prescribed By: Ricky Gable, MD                NPI #: 1376280701

Entered by:    Ricky Gable

Ordering Physician Name:    Ricky Gable, MD       Location of Origin:    Emergency Department
Ordering Physician Address:  877 Jefferson Avenue
                             Memphis TN   38103-2897
Ordering Physician Phone #:  Business #: (901)545-8400   Fax #:

## Regional One Health

**ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES**

# Regional One Health

877 Jefferson Avenue    Memphis TN 38103-2897
Business Phone: (901)545-8400    Business Fax:

| Patient Name: ACKERSON, BRADYN | | | | | |
|---|---|---|---|---|---|
| Birthdate: 03/04/1992 | Age: 31 Years | Sex: Male | | MRN: | 3042562 |

Allergies: amoxicillin

Height: 167 cm

Weight: 68.000 kg

Pharmacist please note -- Allergy list may be incomplete.

Patient Address: 201 POPLAR AVE

Home Phone:

MEMPHIS TN 381031945

Work Phone:

| Prescription Details: | Date Written: | 09/15/2023 |
|---|---|---|

**Rx: Percocet 5/325 oral tablet**

SIG:   1 tab Oral q6h for 7 days PRNas needed for pain
Dispense/Supply: <20 (twenty) tab>
Refill: <0>
PRN: as needed for pain

----------------------------------------

_____          _____
DISPENSE AS WRITTEN                    SUBSTITUTION PERMITTED

Prescribed By: Ricky Gable, MD          NPI #: 1376280701

DEA #:AC5611000-3046

Entered by:    Ricky Gable

Ordering Physician Name:    Ricky Gable, MD          Location of Origin:   Emergency Department
Ordering Physician Address:   877 Jefferson Avenue
                              Memphis  TN    38103-2897
Ordering Physician Phone #:   Business #: (901)545-8400    Fax #:

## Regional One Health



Bradyn Ackerson 31557509
FCI-medium
PO Box 3000
forrest City AR 72336

United States District Court
in the Eastern District of Arkansas
To the office of the Clerk
600 West Capitol Avenue
Room    A149
Little Rock, Arkansas 72201

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7022 3330 0000 8451 4295

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 8/21/24
"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS."

**Retail**    U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR 72335
AUG 21, 2024

72201    **$0.00**

RDC 99    R2305E125361-07