IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRADYN ACKERSON**  **PLAINTIFF**
*Reg # 31557-509*

v.  CASE NO. 2:24-CV-00157-BSM

**CHAD GARRETT,** *Warden*
*FCI Medium, Federal Corrections, et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 17] is adopted, defendants' motion for summary judgment [Doc. No. 13] is granted, and Ackerson's claims are dismissed without prejudice for failure to exhaust administrative remedies. The Clerk is instructed to close this case.

IT IS SO ORDERED this 6th day of February, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE