IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRADYN ACKERSON**                                                                                       **PLAINTIFF**
*Reg # 31557-509*

v.                            CASE NO. 2:24-CV-00157-BSM

**CHAD GARRETT,** *Warden*
*FCI Medium, Federal Corrections, et al.*                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE